IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.              Criminal No.  3:07CR70-003

RODNEY TYREAL WHEELER,
    Defendant.

NOTICE BY THE UNITED STATES OF INFORMATION OF
RODNEY TYREAL WHEELER'S PRIOR CONVICTIONS

Now comes the United States of America, by Sharon L. Potter, United States Attorney for the Northern District of West Virginia, by Thomas O. Mucklow, Assistant United States Attorney for said District, and pursuant to Title 21, United States Code, Section 851, files the following notice of information of the prior convictions of defendant Rodney Tyreal Wheeler as follows:

1. On September 2, 2004, defendant was arrested in Hagerstown, Washington County, Maryland for possession of a controlled substance with the intent to distribute, a felony.  Defendant was convicted on January 4, 2005 and sentenced to eight years confinement with five years suspended.

2. On January 7, 2003, defendant was arrested in Ft. Pierce, St. Lucie County, Florida for possession of a controlled substance with the intent to distribute, a felony.  Defendant was convicted on July 3, 2003 and sentenced to one hundred and eighty days confinement with twenty months probation.

3. On October 12, 2000, defendant was arrested in Ft. Pierce, St. Lucie County, Florida for possession of a controlled substance with the intent to distribute, a felony.  Defendant was convicted on March 14, 2001and sentenced to one hundred and eighty days confinement.

4.     On March 25, 1998, defendant was arrested in Ft. Pierce, St. Lucie County, Florida for possession of a controlled substance, a felony. Defendant was convicted on June 27, 1998, and sentenced to one year of probation. Said probationary period was subsequently revoked and defendant was sentenced to fifteen months confinement.

          Respectfully submitted,

          SHARON L. POTTER
          UNITED STATES ATTORNEY


          /s/ Thomas O. Mucklow
By:   Thomas O. Mucklow
      Assistant United States Attorney

CERTIFICATE OF SERVICE

      I, Thomas O. Mucklow, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the   <u>7th</u>   day of   <u>January</u>  , <u>2008</u>  the foregoing NOTICE BY THE UNITED STATES OF INFORMATION OF RODNEY TYREAL WHEELER'S PRIOR CONVICTIONS  was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Robert C. Stone, Jr., Esq.
        P.O. Box 2270
        Martinsburg, WV 25402

        SHARON L. POTTER
        UNITED STATES ATTORNEY

By:   <u>s/Thomas O. Mucklow</u>
       Thomas O. Mucklow
       Assistant U. S. Attorney
       217 West King Street, Suite 400
       Martinsburg, WV 25401
       (304) 262-0590
       FAX: (304) 262-0591